GRELLAS SHAH LLP
DAVID I. SIEGEL, ESQ. (4259610)
(dsiegel@grellas.com)
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA  95014
Telephone: (408) 255-6310
Facsimile: (408) 255-6350

*Attorneys for Plaintiffs*
*Rolan Marat, Stela Maksutaj, and Christine Reilly*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROLAN MARAT, an individual, STELA MAKSUTAJ, an individual; and CHRISTINE REILLY, an individual, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNIVERSAL PRODUCT COMPANY, INC., a Delaware corporation, and Does 1-50, inclusive, <br><br> *Defendants.* | Case No.:   21 Civ. 09856 (KPF) <br><br> **DEFAULT JUDGMENT** <br><br> Date Action Filed: November 23, 2021 |

The Order to Show Cause why default judgment should not be entered against defendant Universal Product Company, Inc. ("UPC") came on for hearing before a motion term of this Court on May 31, 2022, the Honorable Katherine Polk Failla presiding.

Plaintiffs seek the following damages against UPC:

- Judgment in favor of Rolan Marat ("Marat") in the amount of **$82,725.55**, including $42,395.83 in compensatory damages consisting of unpaid salary, $30,908.54 in statutory penalties, $2,530.51 in accrued interest, and $6,890.67 in attorneys fees and costs;

- Judgment in favor of Stela Maksutaj ("Maksutaj") in the amount of **$59,445.85**, including $32,499.99 in compensatory damages consisting of unpaid salary, $3,774.00 in compensatory damages consisting of unreimbursed business expenses, $14,527.50 in statutory penalties, $1,753.70 in accrued interest, and $6,890.67 in attorneys fees and costs; and

- Judgment in favor of Christine Reilly ("Reilly") in the amount of **$56,647.68**, including $32,083.33 in compensatory damages consisting of unpaid salary, $558.00 in compensatory damages consisting of unreimbursed business expenses, $15,455.00 in statutory penalties, $1,660.32 in accrued interest, and $6,890.67 in attorneys fees and costs.

- For a total judgment of **$198,819.08**.

Having considered the papers submitted by the Plaintiffs, including the Memorandum of Points and Authorities in Support of Entry of Default Judgment, the supporting affidavits of David I. Siegel, Rolan Marat, Stela Maksutaj, and Christine Reilly, and the Statement of Damages, and all documents and pleadings on file with the Court in this matter, the Court hereby ORDER that JUDGMENT be entered against UPC and in favor of Plaintiffs as follows:

- Judgment in favor of Marat in the amount of **$82,725.55**;

- Judgment in favor of Maksutaj in the amount of **$59,445.85**; and

- Judgment in favor of Reilly in the amount of **$56,647.68**

- For a total judgment of **$198.819.08**.

IT IS SO ORDERED.

Dated: June 27, 2022
New York, New York

By: *Katherine Polk Failla*
Hon. Katherine Polk Failla
United States District Judge